UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ORION STRONGHORSE CHURCH, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHISKEY ROW NASHVILLE, LLC, et al.,<br><br>Defendant. | NO. 3:20-cv-00476 |
| ZACHARY RICHARDSON and MATTHEW PARKER,<br><br>Plaintiffs,<br><br>v.<br><br>WHISKEY ROW NASHVILLE, LLC, et al.<br><br>Defendant. | NO. 3:21-cv-00006 |

## ORDER

The parties have filed a Notice to the court and Joint Stipulation of Dismissal with Prejudice (Doc. No. 44). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE